## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

IN RE: TERMINATION
OF ANTITRUST JUDGMENTS

Civ. No. _____



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DELAWARE, LACKAWANNA &<br>WESTERN RAILROAD CO., *et al*,<br>Defendants; | Civil Action No. 29??<br>Date entered: 8/6/?1915 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>KLAXON CO.,<br>Defendant; | Civil Action No. 2005<br>Date entered: 12/3/1918 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SCHERING CORP., *et al.*,<br>Defendants; | Civil Action No. 1919<br>Date entered: 12/17/1941 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SWISS BANK CORP.,<br>Defendant; | Civil Action No. 1920<br>Date entered: 12/17/1941 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>BENDIX AVIATION CORP.,<br>    Defendant; | Civil Action No. 2531<br>Date entered: 2/13/1946 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>U.S. PIPE & FOUNDRY CO., *et al.*,<br>    Defendants; | Civil Action No. 10772<br>Date entered: 7/21/1948 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>ALLEGHENY LUDLUM STEEL CORP., *et al.*,<br>    Defendants; | Civil Action No. 4583<br>Date entered: 10/25/1948 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>SAND SPUN PATENTS CORP., *et al.*,<br>    Defendants; | Civil Action No. 125-49<br>Date entered: 7/22/1949 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WESTINGHOUSE ELECTRIC AND<br>MANUFACTURING CO., *et al.*,<br>Defendants; | Civil Action No. 5152<br>Date entered: 6/1/1953 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GENERAL INSTRUMENT CORP., *et al.*,<br>Defendants; | Civil Action No. 8586<br>Date entered: 9/30/1953 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC CO., *et al.*,<br>Defendants; | Civil Action No. 4575<br>Date entered: 10/6/1953 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>AMERICAN LEAD PENCIL CO., *et al.*,<br>Defendants; | Civil Action No. 73-54<br>Date entered: 2/5/1954 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>THE EMBROIDERY CUTTERS ASS'N, *et al.*,<br>　　　Defendants; | Civil Action No. 889-54<br>Date entered: 11/12/1954 |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>NATIONAL ELECTRICAL CONTRACTORS ASS'N, N.J. CHAPTER, INC., *et al.*,<br>　　　Defendants; | Civil Action No. 575-56<br>Date entered: 7/13/1956 |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>GARDEN STATE RETAIL GASOLINE DEALERS ASS'N, INC., *et al.*,<br>　　　Defendants; | Civil Action No. 482-55<br>Date entered: 9/19/1956 |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>AMERICAN TYPE FOUNDERS CO., INC.,<br>　　　Defendant; | Civil Action No. 698-58<br>Date entered: 6/20/1958 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>THE GEMEX CORP.,<br>    Defendant; | Civil Action No. 1350-58<br>Date entered: 7/31/1959 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>NEW JERSEY AUTO GLASS DEALER ASS'N,<br>    Defendant; | Civil Action No. 575-60<br>Date entered: 6/29/1960 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>DRIVER-HARRIS CO., *et al.*,<br>    Defendants; | Civil Action No. 942-56<br>Date entered: 5/25/1961 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>HUNTERDON COUNTY TRUST CO., *et al.*,<br>    Defendants; | Civil Action No. 1100-61<br>Date entered: 4/16/1962 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND CO.,<br>Defendant; | Civil Action No. 567-60<br>Date entered: 7/20/1964 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DRIVER-HARRIS CO., *et al.*,<br>Defendants; | Civil Action No. 942-56<br>Date entered: 8/13/1964 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DRIVER-HARRIS CO., *et al.*,<br>Defendants; | Civil Action No. 942-56<br>Date entered: 12/2/1964 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON,<br>Defendant; | Civil Action No. 840-64<br>Date entered: 4/18/1966 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>ALUMINIUM LIMITED., *et al.*,<br>    Defendants; | Civil Action No. 1174-64<br>Date entered: 11/4/1966 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>R.J. REYNOLDS TOBACCO CO.,<br>    Defendants; | Civil Action No. 345-65<br>Date entered: 9/22/1969 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>THE AMERICAN OIL CO., *et al.*,<br>    Defendants; | Civil Action No. 370-65<br>Date entered: 8/12/1971 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>E.I. DU PONT DE NEMOURS AND CO., *et al.*,<br>    Defendants; | Civil Action No. 74-1086<br>Date entered: 4/18/1977 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>AMERICAN BUILDING MAINTENANCE CORP., *et al.*,<br>Defendants; | Civil Action No. 74-719<br>Date entered: 10/25/1977 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CURTIS CIRCULATION CO., INC., *et al.*,<br>Defendants. | Civil Action No. 611-65<br>Date entered: 12/15/1977 |

**MOTION OF THE UNITED STATES TO
TERMINATE LEGACY ANTITRUST JUDGMENTS**

The United States moves to terminate the judgments in each of the above-captioned antitrust cases pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. As explained in the accompanying Memorandum in Support of the Motion of the United States to Terminate Legacy Antitrust Judgments, the United States has concluded that because of their age and changed circumstances since their entry, these decades-old judgments no longer serve to protect competition.

The United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgments in the above-captioned cases; it received no comments opposing termination. For these and other reasons explained in the accompanying memorandum, the United States requests that these judgments be terminated.

DATE: <u>May 30, 2019</u>         Respectfully submitted,

                                          CRAIG CARPENITO
                                        United States Attorney

By:      <u>/s/ *J. Andrew Ruymann*</u>
           J. Andrew Ruymann
           Assistant United States Attorney

By:      <u>*/s/ Bryan Serino*</u>
           Bryan Serino
           Mary Anne Carnival
           Steven Tugander
           Trial Attorneys
           United States Department of Justice
           Antitrust Division
           26 Federal Plaza, Room 3630
           Tel: (212) 335-8000
           Fax: (212) 335-8021
           bryan.serino@usdoj.gov